SDC-BALTIMORE
24 FEB 8 AM 11:50

Taharka Aboke Bey, Pro-Se
2911 Lawina Rd
Baltimore, Maryland 21216
   Phone   |443-571-8459
Trntojohnson@yahoo.com

# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MARYLAND

| | |
|---|---|
| TAHARKA ABOKE BEY,( TORONTO ANTONIO JOHNSON), <br><br> Plaintiff, <br><br> vs. <br><br> TARIQ A. NASHEED, AKA (MARCUS VINCENT THOMAS) <br><br> Melonoid Nation <br><br> King Flex Entertainment <br><br> Defendant | Case No.: **GLR 24 CV 0389** <br><br> **SUIT FOR ASSAULT** |

**COMPLAINT AND DEMAND FOR JURY TRIAL**
Plaintiff Taharka Aboke Bey ("Plaintiff") for his complaint against Defendant Tariq A. Nasheed (collectively, "defendant") alleges as follows:

Dated this 8 of Febuary , 2024.

_____
Taharka Aboke Bey,PRO-SE

## NATURE OF THE CASE

1. This is a tort action asserting California state law California Civil Code (CACI 1301 to establish the claim of assault, a plaintiff must prove all the following elements:
The defendant acted with the intention to cause harmful or offensive contact.
Plaintiff reasonably believed that he was about to be touched in a harmful or offensive manner or threatened to touch in a harmful or an offensive manner.
it reasonably appeared to the plaintiff that the defendant was about to carry out the threat.
Plaintiff did not consent to the defendant's conduct.
Plaintiff was harmed by the defendant in his person and reputation and humiliated publicly by the actions of the defendant, in his attempt or claims that he assaulted the plaintiff.
Defendant's conduct was a substantial factor in causing harm to the plaintiff.

## PARTIES
2. Plaintiff is a citizen and resident of the State of Maryland
3. Defendant, upon information and belief, Tariq A. Nasheed is a citizen and resident of the State of California, who resides at 19775 Trammell Lane Chatsworth California 91311

## 4. JURISDICTIONS
This action consists of a diversity of citizenship pursuant to 28 USC 1332

SUIT FOR ASSAULT   - 1

HD
Rcv'd by: AR

This action moves forward under 28 USC 1332 and Pursuant to the Common Law.

Plaintiff who is a citizen of the State of Maryland and Defendant Nasheed, who upon information and belief is a citizen of the State of California.

5. Upon information and belief, Nasheed is subject to personal jurisdiction in the United States District Court as he resides in and/or is domiciled in California. In addition, upon information and belief, Nasheed owns, uses, or possesses real property within the State of California, regularly transacts business as described below within the State of California, and committed a tortious act within the State of California, by means of physical assault and publishing it by electronic forms of communication social media such as YouTube. In addition Defendant Nasheed Has conducted business in Maryland regarding the plaintiff.

6. Upon information and belief, Plaintiff Taharka Aboke Bey is subject to personal jurisdiction of United States District Court in the State of Maryland as he resides in and/or is domiciled in Maryland. In addition, upon information and belief defendant Tariq Nasheed owns, uses, or possesses real property within the State of California and conducts business in the State of Maryland, regularly transacts business as described below within the State of California, and Maryland has committed a tortious act within the State of California, including the torts of assault.

7. Venue is proper in this District pursuant to 28 USC 1332 Tariq Nasheed is resident of the US District of California and plaintiff Toronto Johnson (Taharka Aboke Bey) is resident of the US District of Maryland and because upon information and belief the conduct complained of occurred in these two districts. The initial assault committed by Tariq Nasheed was in California and he directed the broadcast of the incident via YouTube, Twitter and other social media platforms and extended to target the plaintiff in Maryland.

8. The amount in controversy exceeds One Hundred Thousand dollars ($250,000).

**Assault - Essential Factual Elements**

Taharka A. Bey claims that Tariq A. Nasheed assaulted him or attempted to assault him. To establish this claim, Taharka A. Bey must prove all of the following:

9. That Tariq A. Nasheed acted, intending to cause harmful [or offensive] contact;
10. That Taharka A. Bey reasonably believed that he was about to be touched in a harmful or an offensive manner.
11. That Tariq A. Nasheed threatened to touch Taharka A Bey in a harmful [or an offensive] manner; CACI No.1301(1320,) Intent
12. That it reasonably appeared to Taharka A. Bey that Tariq A. Nasheed was about to carry out the threat;
13. That Taharka A. Bey did not consent to Tariq A. Nasheed's conduct.
14. That Taharaka A. Bey was harmed; and
15. That Tariq A. Nasheed's conduct was a substantial factor in causing Taharka A. Bey's harm.

[A touching is offensive if it offends a reasonable sense of personal dignity.] California Civil Code (CACI 1301) (So v. Shin (2013)

**FACTUAL BACKGROUND**
(Assault or attempted assault)

16. Plaintiff repeats and re alleges by reference the allegations in paragraphs 1 through 38 as if fully set forth herein.
17. Upon information and belief, Nasheed published the 02/09/2023 Video on or around 02/09/2023
18. The video published is of Tariq A. Nasheed stating and confessing that he saw plaintiff Taharka A. Bey and smack him and ran him off the block.
19. Upon information and belief, Nasheed published the second video on 02/09/2023 at approximately 10:30 AM pacific time, which depicts the defendant Tariq A. Nasheed attacking the plaintiff Taharka A. Bey and attempting and or assaulting him.
20. The plaintiff was a victim of this event and the plaintiff sought in no way shape or form to engage in mutual combat with the defendant.
21. The Defendant Tariq A. Nasheed, thereon published a third video repeatedly stating that he assaulted the plaintiff Taharka A. Bey and rationalizing and attempting to justify the actions that he took against the plaintiff.
22. These videos have caused emotional and traumatic effects on the plaintiff and have served as a public humiliation of the plaintiff by the defendant and his family.
23. The Plaintiff Taharka A. Bey on February 09,2023 at approximately 9:30 AM pacific time was getting coverage for his Moorish World TV show at 2122 W Jefferson Blvd, Los Angeles California

SUIT FOR ASSAULT   -2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

24. While preparing video and pictures for his upcoming show the plaintiff was accosted by the defendant Tariq A. Nasheed. Who came out of his truck and told plaintiff to get off the block and proceeded to approach him in a threatening manner hurling insults. The plaintiff requested that the defendant cease and desist his combative behavior and to stop approaching him. At which time the plaintiff was backing up and the defendant Tariq A. Nasheed swung at the plaintiff.

25. The plaintiff attempted to get out of the way of the blow by taking evasive actions.

26. Upon information and belief, Defendant Tariq A. Nasheed acted with reckless disregard of whether To the safety and personal bodily integrity of the plaintiff.

27. Upon information and belief, defendant published these false statements via YouTube and Twitter and identified Plaintiff by his professional, name, his occupation, and showed photos of Plaintiff during the videos so that individuals who watched them would know the statements made in the videos were about Plaintiff.

28. Upon information and belief, defendant' stories were generated and communicated with actual malice, total disregard for the truth, and in the complete absence of any special privilege.

29. Upon information and belief, the first and second 02/09/2023 Video has been viewed by tens of thousands of people.

30. Upon information and belief, the Nasheed Video has been viewed by thousands of people.

31. Upon information and belief, the 02/09/23 and second 02/09/2023 Videos have been viewed by hundreds of thousands of people.

32. Upon information and belief, the first 02/09/23 and second 02/09/23 Videos are still available to be viewed by the public.

33. Plaintiff is entitled to general and special damages for the following harm: emotional distress and impairment to his name, character, and reputation.

34. Additionally, Plaintiff requests an award of punitive damages and attorneys' fees beyond and in excess of those damages necessary to compensate Plaintiff for injuries resulting from defendant' conduct.

35. Additionally, as a direct and proximate result of the foregoing, Plaintiff is entitled to an order permanently enjoining defendant and all their respective agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Nasheed and/or Nasheed, or in concert or participation with King Flex Productions inc and/or Melanoid Nation Foundation, and each of them, from: making, disseminating, broadcasting, or publishing any statements that Plaintiff has or had been smacked by the defendant; that Plaintiff has been assaulted as well as an order requiring Nasheed and Nasheed to retract, remove, and repudiate in full all defamatory and disparaging statements made regarding Plaintiff.

36. Plaintiff is entitled to general and special damages for the following harm: emotional distress and impairment to his name, character, and reputation.

37. Additionally, Plaintiff requests an award of punitive damages and attorneys' fees beyond and in excess of those damages necessary to compensate Plaintiff for injuries resulting from defendant' conduct.

38. Additionally, as a direct and proximate result of the foregoing, Plaintiff is entitled to an order permanently enjoining defendant and all their respective agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from Tariq A. Nasheed and/or King Flex Entertainment Inc, Melanoid Nation Foundation, or in concert or participation with Tariq Nasheed and/or Melanoid Nation Foundation, and each of them, from: making, disseminating, broadcasting, or publishing any statements that Plaintiff has or had been smacked or assaulted or ran off the block, as well as an order requiring Nasheed and King Flex Productions Inc, Melanoid Nation Foundation remove in full all defamatory and disparaging statements made regarding Plaintiff.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests the Court to enter judgment. in his favor and against defendant, and severally, as follows:

(a) Awarding Plaintiff damages in amounts pertaining to each to be determined at trial, but not less than $250,000, including general, special, consequential, actual, statutory, and punitive damages.

(b) Awarding an accounting to Plaintiff for the gains and profits of defendant arising from the unlawful conduct;

(c) Permanently enjoining defendant and his respective partners, agents, representatives, successors, assigns and employees, and any and all persons in active convert or participation with defendant, and each of their executors, administrators, successors, licensees, assigns, subsidiaries, parents, affiliates, divisions, co-venturers,

SUIT FOR ASSAULT    - 3

partners, officers, directors, employees, agents, shareholders, managers, representatives, consultants, and any and all other persons, corporations, or other entities acting under the supervision, direction, control, or on behalf of any of the foregoing, and each of them, from: making, disseminating, broadcasting, or publishing any statements that Plaintiff was assaulted by the defendant; that Plaintiff was smacked ,and ran off the block.
Other
(d) Issuing an order requiring Nasheed to retract, remove, and repudiate in full all defamatory and disparaging statements made regarding Plaintiff.
(e) Issuing an order requiring Nasheed to retract, remove, and repudiate in full all defamatory and disparaging statements made regarding Plaintiff.
(f) Awarding Plaintiff's attorneys' fees and costs.
(g) Prejudgment and post-judgment interest; and
(h) Economic damages, including medical bills and lost income.
Non-economic damages including compensation for pain and suffering and other losses which are difficult to quantify.
Punitive damages, designed mainly to punish the assailant.
(i) Granting Plaintiff such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury on all claims for relief and issues triable by jury.

Dated: Febuary 8, 2024              Respectfully submitted,

**CERTIFICATION PROOF OF SERVICE**
The plaintiff,Taharka Aboke Bey(,pro-se do hereby certify under the penalty of perjury that he has mailed a true copy of said Complaint  to the Defendants legal at
_____On 2/ 8/2024   mailed via United States Postal Service First Class Mail._____

SUIT FOR ASSAULT    - 4